UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAYTON STANTIS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| V. | ) | |
| | ) | 17-CV-00219-RDP |
| CKS FINANCIAL, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Payton Stantis and CKS Financial, LLC ("CKS"), pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant CKS, with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

John C Hubbard
John C. Hubbard LLC
PO Box 953
Birmingham, AL 35203

Leslie K. Eason
GORDON & REES LLP
The Pinnacle Building
3455 Peachtree Road Suite 1500
Atlanta, Georgia 30326

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAYTON STANTIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No.: 2:17-CV-00219-RDP |
| v. | ) |
| | ) |
| CKS FINANCIAL, LLC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Joint Stipulation of Dismissal by emailing the same to the following counsel of record:

John C. Hubbard, Esq.
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35201
jch@jchubbardlaw.com

This 7th day of July, 2017.

*Leslie K. Eason* (signature)
Leslie K. Eason

1134475/32640935v.1